**IT IS ORDERED as set forth below:**



**Date: September 15, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RANDY DALE MILLER | ) | CASE NO. 15-21608-JRS |
| | ) | |
| Debtor, | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - - - - | |
| | ) | |
| HEADWATERS FINANCIAL CORPORATION | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| RANDY DALE MILLER | ) | |
| | ) | |
| Respondent, | ) | |

# CONSENT ORDER ON THE MOTION
# TO LIFT STAY FILED BY HEADWATERS FINANCIAL CORP

Headwaters Financial Corp ("Movant") filed and served a Notice of Hearing and Motion to Modify the Automatic Stay, on August 22, 2015 Docket Number "13" which was set for hearing ("Hearing ") on September 16, 2015.  Counsel for Movant and counsel for Debtors have conferred and agree to the terms set for below. No interested party has objected to the terms of the proposed Consent Order.

Debtors initiated this case on August 6, 2015. Movant is the uncontested holder of a first priority security lien on Debtor's 2013 Harley Davidson, motor cycle, Model FLHTCU, Vin Number 1HD1FCM16DB604684 ("Collateral"). As the parties have conferred and good cause has been shown, it is hereby

**ORDERED** that Movant's Motion is **GRANTED**. It is

**FURTHER ORDERED** that once the Collateral is sold or disposed of by Movant, Movant shall promptly remit to the Chapter 13 Trustee, upon receipt, any overage in payment realized from the disposition of the Collateral, in the satisfaction of Debtors' debt to Movant.

**[END OF ORDER]**

**[SIGNATURES ON FOLLOWING PAGE]**

PRESENTED BY:

/s/ Evan M. Altman
Evan M. Altman
Attorney for Movant
State Bar No. 014066
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350
(770) 394-6466


CONSENTED TO BY:

/s/ Quentin Carr by expressed permission to Movant's Attorney
Quentin Carr, Esq.,
Attorney for Debtor
State Bar No.. 705116_____
The Carr Law Group
P.O. Box 999
Clarksville, GA 30523


NO OPPOSITION BY:

/s/ Eric Roach by expressed permission to Movant's Attorney
State Bar No., 143194
Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201

# DISTRIBUTION LIST

Quentin Carr, Esq.,
The Carr Law Group
P.O. Box 999
Clarksville, GA 30523

Mr. Randy Dale Miller
467 Sanders St.
Clarkesville, GA 30523

Eric Roach, Esq.,
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Evan M. Altman, Esq.,
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, GA 30350
770-394-6466